CJ-2021-37
Stallings

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN - 6 2021

RICK WARREN
COURT CLERK
50_____

CHASITY WALLACE )
AND RAYMOND WALLACE on behalf of said )
Minor, K.R. W▮▮▮▮ )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CJ-2021-37
 )
CHOCTAW NICOMA PARK SCHOOL )
DISTRICT AND NICOMA PARK )
ELEMENTARY SCHOOL )
    Defendants. )

## PETITION

**COME NOW** the Plaintiffs, Chasity Wallace and Raymond Wallace, Individually and as Mother, Father and Next of Friend of K.R. W▮▮▮▮, a Minor ("Plaintiffs"), to present their cause of action pursuant to the Governmental Tort Claims Act, as codified in 51 O.S. § 154, et. Seq. The Plaintiffs allege and further state the following:

1. The Plaintiffs, Chasity Wallace and Raymond Wallace, Individually and as Mother, Father and Next Friend of K.R. W▮▮▮▮, a minor, are residents of Oklahoma County, State of Oklahoma.

2. Defendant, Choctaw Nicoma Park School District is a public school and is organized and existing under the laws of the State of Oklahoma and located and doing business in Oklahoma County, State of Oklahoma.

3. The claims alleged herein occurred within Choctaw Nicoma Park Schools in the City of Choctaw, OK, State of Oklahoma, County of Oklahoma, therefore jurisdiction and venue of this Court is proper.

4. Plaintiffs filed a Notice of Claim with Defendants concerning this matter on or about June 18, 2020.

5. Denial of this claim was deemed denied on or about October 5, 2020.

**EXHIBIT 1**

6. That Plaintiffs are in full compliance with the Governmental Tort Claims Act (51 O.S. § 151, et Seq., as amended.)

## FACTS

That on or about September 16, 2019, K.R. W▮▮▮▮, a Minor, was attending Choctaw Nicoma Park Public Schools. On or about September 16, 2019, Chasity and Raymond Wallace were made aware that their daughter, K.R. W▮▮▮▮, a Minor, was being punished and controlled by restraint mechanisms without notice of Chasity or Raymond Wallace and that caused injury to K.R. W▮▮▮▮, a Minor. Defendants failed to provide appropriate care under Federal and State law and this failure caused Plaintiffs' injuries Consequently, Defendant's negligence caused Plaintiff serious and permanent injury.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

1. That on or about September 16, 2019, Defendants had a duty to protect and care for K.R. W▮▮▮▮, a Minor, and to keep K.R. W▮▮▮▮, a Minor from known foreseeable dangers and hazards. Defendants breached this duty by failing to provide appropriate care and follow the IEP guidelines as previously established.

2. That on or about September 16, 2019, teachers and aids employed by the Defendants, observed teachers, acting in a violent and threatening manner towards K.R. W▮▮▮▮.

3. That on or about September 16, 2019, Defendants, knew or should have known that the safety of K.R W▮▮▮▮ was in jeopardy but failed to do anything to protect or take reasonable steps to ensure K.R. W▮▮▮▮'s safety. K.R. W▮▮▮▮'s parents Chasity and Raymond Wallace were never put on notice.

2

4. That the actions of Defendants were reckless, wanton, malicious and in violation of state and federal laws, standards of appropriate conduct and other industry standards. Defendants' failure to properly render care and safety to the minor child, K.R. W▆▆▆ was negligent and the direct and proximate cause of the injuries sustained by Plaintiffs.

5. That the minor Plaintiff's injuries are the direct result of the careless, negligent actions and conduct of Defendants.

6. That the actions and conduct of Defendants were foreseeable and avoidable and said conduct, as well as the negligence of Defendants, were the direct and proximate cause of the incident resulting in the physical and emotional injuries sustained by the minor Plaintiff.

7. That as a result of the conduct and actions of Defendants, the minor Plaintiff suffered physical and emotional injuries and other damages in excess of Seventy Five Thousand Dollars ($75,000.00).

8. That as a direct and proximate result of Defendants negligence, the Plaintiffs, Chasity Wallace and Raymond Wallace, as Individuals and parents of minor child, K.R. W▆▆▆, suffered damages. As a result, Chasity Wallace and Raymond Wallace, Individually have been damaged in excess of Seventy Five Thousand Dollars ($75,000.00).

## SECOND CAUSE OF ACTION
## RESPONDEAT SUPERIOR

1. Defendants, Choctaw Nicoma Park School District and Nicoma Park Elementary, acting through its employees within the scope of their employment, failed to supervise and protect K.R. W▆▆▆, a Minor, by allowing a defendant to harm Plaintiff, a minor.

3

2. Defendants, Choctaw Nicoma Park School District and Nicoma Park Elementary School, recklessly and negligently permitted K.R. W███ to be injured.

3. The actions of Choctaw Nicoma Park School District and Nicoma Park Elementary School's employees were grossly negligent, reckless, and exhibited wanton disregard of the K.R. W███'s rights and were committed either intentionally, or by indifference of the K.R. W███'s rights and were committed either intentionally, or by indifference to, or with conscious disregard of the rights of K.R. W███, a Minor.

4. As a direct and proximate result of the aforementioned acts and/or omissions of Choctaw Nicoma Park School District and Nicoma Park Elementary School and its employees, Plaintiffs are allowed to recover:

   a. Compensatory damages,

   b. Mental anguish, past and future;

   c. Pain and suffering, past and future;

   d. Medical bills, past and future;

   e. Emotional distress;

   f. Incidental damages; and

   g. Punitive damages.

5. As a result, Plaintiffs pray that judgment be entered against Defendants in an amount vastly in excess of the federal jurisdictional amount of $75,000.00, exclusive of attorney fees, costs, interest and any other relief that this Court deems just and appropriate.

4

### THIRD CAUSE OF ACTION
### VIOLATION OF SECTION 1983 CHAPTER 42

1. Defendants had a duty to protect K.R. W███, a Minor, from harm including the harm inflicted or created by its own staff. The acts by Defendants created a state-created danger protected under the 14th amendment of the Constitution. Specifically, school officials knew of impending danger, were reckless and indifferent to it and knowingly created a dangerous environment that led to an otherwise preventable injury.

2. As a result, K.R. W███'s rights were deprived and caused an unjustified intrusion on personal security which was ultimately a violation of Plaintiff's due process rights.

3. Plaintiffs pray that judgment be entered against Defendants in an amount vastly in excess of the federal jurisdictional amount of $75,000.00, exclusive of attorney fees, costs, interest and any other relief that this Court deems just and appropriate.

### FOURTH CAUSE OF ACTION
### PUNITIVE DAMAGES

Plaintiffs, Chasity Wallace and Raymond Wallace, Individually and as Mother, Father and Next Friend of K.R. W███, a Minor, and restate and adopt and re-allege the above allegations as stated and further allege and state as follows:

1. That the physical and emotional abuse committed by Defendants was intentional and with malice toward the Plaintiff, K.R. W███, a Minor.

2. That the failure to follow Plaintiff's IEP and report was intentional and with malice toward the Plaintiff, K.R. W███, a Minor.

5

3. That the violation of K.R, W████, a Minor's, Section 1983 Chapter 42, 14th amendments rights under due process was intentional and with malice.

4. That it is necessary to impose punitive damages to prevent this type of conduct of the Defendants, as set forth in the First, Second and Third Causes of Action.

5. That the Plaintiffs have been damaged in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of attorney fees, costs and interests.

**WHEREFORE**, the Plaintiffs, pray that this Honorable Court enter judgment against the Defendants, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00) for actual damages, compensatory damages, punitive damages and special damages, exclusive of interest, attorney fees, costs and any other relief that this court deems just equitable and proper.

> OSENBAUGH LAW PLLC
> Marissa T. Osenbaugh
> 112 N. Jackson Ave
> PO Box 744
> Telephone: (405) 216-3445
> osenbaughlaw@hotmail.com
>
> _/s/ Marissa T. Osenbaugh_
> MARISSA T. OSENBAUGH, OBA #19905
> **ATTORNEY FOR PLAINTIFFS**

**ATTORNEY LIEN CLAIMED**